# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**BRENDA HUBERT,** :
:
   **Plaintiff** :
:
      v. : 5:04-CV-327 (WDO)
:
**JO ANNE BARNHART, Commissioner of** :
**Social Security,** :
:
   **Defendant** :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to affirm the Defendant's denial of benefits, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court.

    **SO ORDERED this 28th day of February 2006.**


    **S/ WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**